UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARL KHANDALAVALA, II,

                 Plaintiff,

-against-

PENNY K. SANDHU, et al.,

                 Defendants.

25-CV-01630 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    It is hereby ORDERED that any party wishing to oppose Defendant Jus Punjabi LLC's removal of this action (Dkt. No. 1) or motion to transfer (Dkt. No. 3) shall file their opposition no later than **March 13, 2025**.

    It is further ORDERED that counsel for Defendant Jus Punjabi LLC shall serve a copy of this Order upon Defendant Sandhu and Plaintiff, no later than **March 3, 2025**, and shall file proof of such service, no later than **March 4, 2025**.

    The parties are advised that should they wish to consent to the motion to transfer, they may do so by filing a letter so stating on the docket at any time.

Dated: February 27, 2025
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2025